**No. 42740.**—Protest 920788–G of General Concessions Corp. (Cleveland).

Opinion by TILSON, J.  Merchandise invoiced as imitation metal watches the same as those the subject of Abstract 41640 were held dutiable at 45 percent under paragraph 397 as claimed.